In the Interest of D.W., J.V.D.,
and R.W., Jr.

Appeal of Ronald WASHBURN, Sr.,
Sherri Washburn.

No. 50657.

Missouri Court of Appeals,
Eastern District,
Division Two.

Jan. 20, 1987.

Stephen M. Ryals, Clayton, for appellant Ronald Washburn.

Douglas L. Levine, Ferguson, for appellant Sherri Washburn.

Melvin G. Franke, Union, for respondent.

### ORDER

Parents appeal from an order terminating their parental rights to their three minor children. We affirm. An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).